IN THE UNITED STATES BANKRUPTCY COURT
DISTRICT OF MARYLAND
at Greenbelt

IN RE: Brittany Marie Golden       : Case No.   24-12071
                                     :
                                     : Chapter 7

_____

## MOTION TO WAIVE FILING FEES

Brittany Marie Golden, by and through her attorney, Donald S. Goldbloom, Esq. in support of her motion to waive filing fees states the following:

1.   That due to a compute glitch, this case was inadvertently filed twie, and the bankruptcy fee was paid on the following case, same debtor filing, 24-012071.

2.   That counsel is in the process of arranging to have these two cases consolidated, but since disposition of filing is to happen contemporaneous filing, pursuant to 28 USC Section 1930 and as she does not want the case to be dismissed pursuant to 1 USC Section 707 (a)(2) and a reminder notice about filing has been sent, and since Debtor is not desirous of this case being dismissed, but rather desires that it be consolidated with the second filed case, and desires to pay only one fee, the Debtor is making this request to have the filing fee waived in this case.

WHEREFORE the Debtor requests that the filing fee in the above captioned case be waived and for such other and further relief as the nature of this cause may require.

/s/ Donald S. Goldbloom
Donald S. Goldbloom, Esq. #02057
12590 National Pike
Grantsville, MD   21536
PH: (301)895-5240
Fax 301-895-5272
Email-donald@goldbloomlaw.com

## CERTIFICATE OF SERVICE

I hereby certify that that on this 14th day of March 2024, I caused to be e-filed a copy of this pleading to Stephen Greenfeld, Trustee, and by first class mail, postage prepaid to the Debtor, Brittany Marie Golden, Brittany Marie Golden, 5332 Avilton Lonaconing Road, Lonaconing, MD 21536.

Donald S. Goldbloom, Esq.