Entered: March 14th, 2024
Signed: March 14th, 2024
**SO ORDERED**



**LORI S. SIMPSON**
**U.S. BANKRUPTCY JUDGE**

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF MARYLAND
### at Greenbelt

| | |
|---|---|
| **In re: Brittany Marie Golden** | **Case No.: 24–12071**<br>**Chapter: 7** |
| **Debtor** | |
| **In re: Brittany Marie Golden** | **Case No.: 24–12072**<br>**Chapter: 7** |
| **Debtor** | |

## ORDER CONSOLIDATING DEBTOR'S CASES

This matter comes before the Court on the report of the Clerk advising that Brittany Marie Golden has filed a second Chapter 7 case in this Court, No. 24–12072. The first case, No. 24–12071 was filed on March 12, 2024, and is now pending before the Court. Federal Bankruptcy Rule 1015(a) provides:

(a) Cases Involving Same Debtor – If two or more petitions by, regarding, or against the same debtor are pending in the same court, the court may order consolidation of the cases.

Therefore, pursuant to that Rule, the Court hereby consolidates the two cases under the former number, Case No. 24–12071.

SO ORDERED.

cc:   All Creditors
      All parties in interest – See Attached List

### End of Order

27x02 (rev. 03/12/2012) – JosephChandler